1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   HOWARD MAURICE HUDSON, JR.,        No. CIV S-07-2265-FCD-CMK-P

12            Plaintiff,

13       vs.                          <u>ORDER</u>

14   CALIFORNIA HEALTH AND
     HUMAN SERVICE AGENCY, et al.,
15
             Defendants.
16
     _____/
17

18            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

19   to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   Eastern District of California local rules.

21            On January 22, 2008, the magistrate judge filed findings and recommendations

22   herein which were served on the parties and which contained notice that the parties may file

23   objections within a specified time.  No objections to the findings and recommendations have

24   been filed.

25            The court has reviewed the file and finds the findings and recommendations to be

26   supported by the record and by the magistrate judge's analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.    The findings and recommendations filed January 22, 2008, are adopted in

3    full;

4         2.    This action is dismissed for lack of prosecution and failure to comply with

5    court rules and orders; and

6         3.    The Clerk of the Court is directed to enter judgment and close this file.

7    DATED: March 27, 2008.

8

9

10                                    FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26